Russell D. Cook   094934
Attorney at Law
1233 West Shaw Avenue, Suite 100
Fresno, California  93711
Telephone:   (559) 225-2510
Facsimile:    (559) 229-3941

Attorneys for Plaintiff, KAREN CHISUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO BRANCH

| KAREN CHISUM, | Case # 1:11-CV-01546- AWI-MJS |
|---|---|
| Plaintiff | STIPULATION EXTENDING TIME TO SUBMIT RULE 26 DISCLOSURE AND FOR A STAND STILL AGREEMENT ON DISCOVERY PENDING MEDIATION |
| v. | |
| AMERICAN RED CROSS CENTRAL VALLEY | Courtroom:  6 |
| Defendant | Judge:   Michael J. Seng<br>U. S. Magistrate Judge |

The court in the scheduling conference order set a deadline for the parties submitting a Rule 26 disclosure of January 20, 2012.

As the parties have agreed to participate in mediation (with a neutral to be selected), the parties hereby agree to extend the time in which the initial disclosures must be made until 14 days after the date scheduled for the mediation.

Additionally, all parties agree to not engage in discovery until such time as the mediation has taken place, except as directed by the Court.

Date: January _____, 2012      /s/ Russell D. Cook
_____
Russell D. Cook, Attorney  for Plaintiff, Karen Chisum

////

////

////

Stipulation Extending Time
to Submit Rule 26 Disclosure                -1-

Date: January _____, 2012           /s/ Molly M. Richman

  Reed E. Schaper and Molly Richman
  Attorneys for Defendant, American Red Cross Central Valley

## ORDER

It is hereby ordered that the time in which the initial disclosures must be made shall be extended until 14 days after the date scheduled for the mediation.

Additionally, all parties shall refrain from conducting discovery until such time as the mediation has taken place or as directed by the Court.

**It is the further Order of the Court** that the parties conduct and conclude the said mediation within forty five days of the date of this Order or, on or before that date, file a Joint Status Report advising the Court of the status of mediation.

IT IS SO ORDERED.

Dated:   January 21, 2012          /s/ *Michael J. Seng*
  UNITED STATES MAGISTRATE JUDGE