# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN CHISUM,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMERICAN RED CROSS CENTRAL VALLEY,<br><br>        Defendant. | CASE NO. CV F 11-1546 LJO MJS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 14.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action;

2. VACATES all pending matters and dates, including the January 30, 2013 pretrial conference and March 25, 2013 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   September 12, 2012          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE