# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN CHISUM, | CASE NO. CV F 11-1546 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 14.) |
| AMERICAN RED CROSS CENTRAL VALLEY, | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action;

2. VACATES all pending matters and dates, including the January 30, 2013 pretrial conference and March 25, 2013 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   September 12, 2012          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1